UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60473-CIV-ZLOCH

KEITH J. POWELL,

    Plaintiff,

vs.  **O R D E R**

STANTON KAPLAN, et al.,

    Defendants.
_____/

    THIS MATTER is before the Court upon the Report Of Magistrate Judge (DE 6) filed herein by United States Magistrate Judge Patrick A. White. The Court has conducted a _de novo_ review of the entire record herein and is otherwise fully advised in the premises.

    Plaintiff initiated the above-styled cause with the filing of his Complaint (DE 1) pursuant to the Civil Rights Act of 1964, 42 U.S.C. § 1983 (2006). The Court notes, however, that Plaintiff is seeking to undermine the basis for his state conviction. This is not the proper avenue for Plaintiff to seek this redress. Rather, Plaintiff must proceed to attack his state court conviction by filing a petition for a writ of habeas corpus, after having exhausted his remedies available in state court. 28 U.S.C. § 2254(b) (2006).

    In response to the instant Report (DE 6), Plaintiff filed a Request For Enlargement Of Time (DE 7), seeking additional time in which to file his objections. However, Plaintiff states therein that he is seeking a stay of these proceedings to allow the discovery of acts that violate his constitutional rights and the

development of records that would support his claims. DE 7, p. 2. However, as stated above, the instant action is an improper avenue to obtain the relief Plaintiff seeks. Therefore, the Court shall deny Plaintiff's request for additional time.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Report Of Magistrate Judge (DE 6) filed herein by United States Magistrate Judge Patrick A. White be and the same is hereby approved, adopted and ratified by the Court;

2. Plaintiff's Request [sic] Enlargement Of Time To Respond To Magistrate Findings (DE 7) be and the same is hereby **DENIED**;

3. Pursuant to 28 U.S.C. § 1915A(b)(1), the above-styled cause be and the same is hereby **DISMISSED** for failure to state a claim upon which relief can be granted; and

4. Final Judgment will be entered by separate Order.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___7th___ day of May, 2008.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record